UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| LEE LAWMASTER,<br><br>Plaintiff,<br><br>v.<br><br>KURT SPIVEY in his individual and official capacities,<br><br>Defendant. | ) | No. 1:26-cv-00923-SEB-MG |

**ORDER DENYING DEFENDANT'S (FIRST) MOTION TO DISMISS AS MOOT**

This matter is before the Court on Defendant's (first) Motion to Dismiss, filed on July 8, 2026. Dkt. 19. On July 27, 2026, as Defendant's motion remained pending, Plaintiff Lee Lawmaster filed an amended complaint. Dkt. 21. Shortly thereafter, on August 10, 2026, Defendant filed a second motion to dismiss the amended pleading. Dkt. 29.

"When an amended complaint is filed, the prior pleading is withdrawn and the amended pleading is controlling." *Johnson v. Dossey*, 515 F.3d 778, 780 (7th Cir. 2008). Consequently, "[c]ourts routinely deny motions to dismiss as moot after an amended complaint is filed, unless a defendant wishes to apply that same motion to the amended complaint because the amended complaint has not remedied the previous deficiencies." *Trading Techs. Int'l, Inc. v. BGC Partners, Inc.*, No. 10 C 715, 2010 WL 3272842, at *1 (N.D. Ill. Aug. 17, 2010).

Here, Plaintiff's filing of the Amended Complaint and Defendant's subsequent filing of a second motion to dismiss renders the original motion to dismiss as moot. Dkt. 19. Accordingly, Defendant's (first) Motion to Dismiss is hereby **DENIED as moot**. Dkt. 19.

IT IS SO ORDERED.

Date: 9/9/2026

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Joshua Bleisch
American Civil Liberties Union of Indiana
jbleisch@aclu-in.org

James Compton
First & Fourteenth PLLC
james@first-fourteenth.com

Kenneth J. Falk
ACLU OF INDIANA
kfalk@aclu-in.org

Timothy Michael Hamilton
Office of Indiana Attorney General
timothy.hamilton@atg.in.gov

Katherine A Meltzer
Office of Indiana Attorney General
katherine.meltzer@atg.in.gov

Andrew Nussbaum
First & Fourteenth PLLC
andrew@first-fourteenth.com

Stevie J. Pactor
ACLU OF INDIANA
spactor@aclu-in.org

Adrienne Nicole Pope
INDIANA ATTORNEY GENERAL
adrienne.pope@atg.in.gov

Gavin Minor Rose
ACLU OF INDIANA
grose@aclu-in.org