UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

LEE LAWMASTER,

Plaintiff,

v.

KURT SPIVEY in his individual and official capacities,

Defendant.

No. 1:26-cv-00923-SEB-MG

**PRELIMINARY INJUNCTION**

The Court hereby orders Defendant, his office, and all employees, agents, or others within or affiliated with the Investigations Division of the Indiana Attorney General who are acting or have acted for or on behalf of Defendant, to comply forthwith with the following restraints:

Defendant is hereby **ENJOINED** from taking any action, formal or informal, to coerce or threaten Mr. Lawmaster with legal sanctions intended to suppress and/or punish Mr. Lawmaster for his past and future social media posts containing political rhetoric including or related to the phrase "86."

The injunction security bond is hereby **WAIVED**.

IT IS SO ORDERED.

Date: 10/20/2026

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Joshua Bleisch
American Civil Liberties Union of Indiana
jbleisch@aclu-in.org

James Compton
First & Fourteenth PLLC
james@first-fourteenth.com

Kenneth J. Falk
ACLU OF INDIANA
kfalk@aclu-in.org

Timothy Michael Hamilton
Office of Indiana Attorney General
timothy.hamilton@atg.in.gov

Katherine A Meltzer
Office of Indiana Attorney General
katherine.meltzer@atg.in.gov

Andrew Nussbaum
First & Fourteenth PLLC
andrew@first-fourteenth.com

Stevie J. Pactor
ACLU OF INDIANA
spactor@aclu-in.org

Adrienne Nicole Pope
INDIANA ATTORNEY GENERAL
adrienne.pope@atg.in.gov

Gavin Minor Rose
ACLU OF INDIANA
grose@aclu-in.org